UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL'S FOUNDATION and SHRINE OF SAINT NICHOLAS THE WONDERWORKER, PATRON OF SAILORS, BREWERS AND REPENTANT THIEVES<br><br>    Plaintiffs,<br>v.<br><br>RICHARD BALDACCI, in his official capacity as Building Commissioner for the Town of Marblehead, and THE TOWN OF MARBLEHEAD,<br><br>    Defendants. | Civil Action No. 1:19cv11504-DJC |

**JOINT STATEMENT PURSUANT TO THE COURT'S ORDER DATED AUGUST 29, 2019 (Dkt. #25) AND NOTICE OF ASSENTED-TO WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (Dkt. #8)**

In response to the Court's Order dated August 29, 2019 (Dkt. #25), the parties state as follows:

1.    By Motion for Preliminary Injunction filed on July 9, 2019 (Dkt. #8), Plaintiffs sought an order, pursuant to the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. Sec. 2000cc, requiring "Defendants to reinstate Plaintiffs' building permit to allow internal renovations to the first floor of Plaintiffs' monastic shrine."

2.    In addition to filing the Motion for Preliminary Injunction, Plaintiffs, out of an abundance of caution, separately filed an administrative appeal with the Massachusetts Building Code Board of Appeals ("Board") from Defendants' refusal to reinstate the building permit.

3.    After receiving an extension of time from the Court, Defendants filed their opposition to Plaintiffs' Motion for a Preliminary Injunction on August 16, 2019 (Dkt. # 24).

4.     On August 20, 2019, the Board held a hearing on the administrative appeal and, after the evidence was presented, ordered Defendants to reinstate Plaintiffs' building permit.

5.     Accordingly, Plaintiffs have effectively received the relief they requested in the Motion for Preliminary Injunction due to the quick action of the Board, and Plaintiffs therefore withdraw the motion without prejudice.

Dated:  September 6, 2019

| RICHARD BALDACCI, IN HIS OFFICIAL CAPACITY AS BUILDING COMMISSIONER FOR THE TOWN OF MARBLEHEAD, AND THE TOWN OF MARBLEHEAD, | ST. PAUL'S FOUNDATION and SHRINE OF ST. NICHOLAS THE WONDERWORKER, PATRON OF SAILORS, BREWERS AND REPENTANT THIEVES |
|---|---|
| By Their Attorneys, | By Their Attorneys, |
| /s/ Leonard H. Kesten_____<br>Leonard H. Kesten, BBO #542042<br>Gregor A. Pagnini, BBO# 667659<br>Brody, Hardoon, Perkins & Kesten, LLP<br>699 Boylston Street<br>Boston, MA 02116<br>lkesten@bhpklaw.com<br>gpagnini@bhpklaw.com<br>617-880-7100 | /s/ John B. Daukas_____<br>John B. Daukas, Bar No. 552848<br>jdaukas@goodwinlaw.com<br>Kevin P. Martin, Bar No. 655222<br>kmartin@goodwinlaw.com<br>Michael K. Murray, Bar No. 563804<br>mmurray@goodwinlaw.com<br>Emily Notini, Bar No. 703765<br>enotini@goodwinlaw.com<br>  GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA  02210<br>Telephone:   +1 617 570 1000<br>Facsimile:    +1 617 523 1231 |

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the District of Massachusetts' Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

                By:    /s/ John B. Daukas
                         JOHN B. DAUKAS