UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ST. PAUL'S FOUNDATION and SHRINE OF SAINT NICHOLAS THE WONDERWORKER, PATRON OF SAILORS, BREWERS AND REPENTANT THIEVES<br>              Plaintiffs,<br>  v.<br>RICHARD BALDACCI, in his official capacity as Building Commissioner for the Town of Marblehead, and THE TOWN OF MARBLEHEAD,<br>              Defendants. | Civil Action No. 1:19-cv-11504-DJC<br><br>**ORAL ARGUMENT REQUESTED** |

# DECLARATION OF FATHER ANDREW BUSHELL IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

1. I am an Orthodox Christian monk, the Protos (*i.e.*, monastic officer, which means Executive Chairman) of Plaintiff St. Paul's Foundation ("St. Paul's"), and the Guardian of Plaintiff Shrine of Saint Nicholas the Wonderworker, Patron of Sailors, Brewers & Repentant Thieves ("St. Nicholas"). I make this Declaration in support of Plaintiffs' Motion for Partial Summary Judgment.

### *The Plaintiffs*

2. St. Paul's is an Orthodox Christian monastic organization of Apostolic origin dedicated to preserving the deposit of faith left by St. Paul the Apostle. St. Paul's is located at 22 Endicott Ave., Marblehead, MA 01945 and 500 Delaware Ave., 8th Floor, Wilmington, DE 19801 in the United States.

3. St. Nicholas is a religious entity under M.G.L.A. c. 12 § 8F (2011) established by St. Paul's to practice and evangelize the Orthodox Christian faith.

*Religious Expression through the Brewing and Service of Beer*

4.      As part of my training and service as a monk, I have studied and am familiar with the history of the use of beer as a form of religious expression within the Orthodox Church.  For centuries and continuing into the modern day, Christian monks in general, and Orthodox Christian monks in particular, have brewed and sold beer as part of their monastic mission to serve God through "work and prayer."  This history is widely documented.  *See, e.g.,* Spencer Brewery, *The Story of Our Brewery*, https://www.spencerbrewery.com/index.php/our-story (last visited July 8, 2019); Loyola Press, *How Monks Revolutionized Beer and Evangelization*, https://www.loyolapress.com/our-catholic- faith/prayer/arts-and-faith/culinary-arts/how-monks-revolutionized-beer-and-evangelization (last visited July 8, 2019).

5.      There are many Orthodox Christian saints who are patrons of beer or brewing, including, St. Abdon (d. 250 AD), St. Adrian of Nicomedia (d. 306 AD), St. Amand (d. 675 AD), St. Arnulf of Metz (d. 645 AD), St. Arnold of Soissons (d. 1087), St. Augustine of Hippo (d. 430 AD), St. Barbara (d. late third or early fourth century AD), St. Boniface (d. 754 AD), St. Brigid of Kildare (d. 525 AD), St. Columbanus of Ghent (d. 615 AD), St. Cuthbert (d. 687 AD), St. Dorothy of Caesarea (d. 311 AD), St. Florian (d. 304 AD), St. George (d. 303 AD), St. Hildegard of Bingen (d. 1179), St. Joseph (first century AD), St. Laurence of Rome (d. 258 AD), St. Leonard of Noblac (d. 559 AD), St. Luke the Apostle (first century AD), St. Medard of Noyon (d. 545 AD), St. Nicholas of Myra (d. 343 AD), St. Patrick of Ireland (d. 493 AD), St. Urban of Langres (d. 390 AD), St. Wenceslas of Bohemia (d. 935 AD) of "Good King Wenceslas" fame, and many other saints more loosely associated with other brewing or serving arts.  Orthodox believe that there have been many miracles involving beer that include St. Nicholas the Wonderworker, bishop of Myra, and patron of the Shrine in Marblehead, who

resurrected three young men in a vat of beer and St. Brigid of Ireland who changed bathwater into beer for lepers. *See*, https://brookstonbeerbulletin.com/beer-saints/ (last visited December 6, 2020).

6. The service of food and drink is so essential a part of Orthodox Christianity and evangelization that the Twelve Apostles created an order of priesthood, called the "deaconate" with members called "deacons," which in Greek means "those who serve at table," specifically to serve food and spread the Word of God. "These they set before the apostles, and they prayed and laid their hands upon them. And the word of God increased." This is the institutionalized use of food and drink to evangelize and why most Christian churches serve food and drink in their church halls as well as run soup kitchens for the poor. *See Book of Acts 6:1-7*.

7. The two oldest breweries in the world that are still operating today were originally founded by Orthodox monks. The oldest, founded in 600 AD in what is today Kloster Weltenburg, Germany, was founded by monks who originally followed the Rule of St. Columba and then in 800 AD switched to the Rule of St. Benedict. Both monastic rules are rules of life similar to and directly derivative from the rules of St. Pachomius the Great and St. Basil the Great, which established the rule of life also lived by the Athonite monks who established St. Nicholas in Marblehead. *See* Weltenburg Monastery in Weltenburg, Germany, https://www.weltenburger.de/kloster-weltenburg/ (last visited December 6, 2020). In 725 AD, they were joined in the brewing of beer by the Benedictine monks at Weihenstephan, Germany. *See* Weihenstephan Monastery Brewery, *History of the Weihenstephan Brewery in Freising, Germany*, https://www.weihenstephaner.de/en/our-brewery/history/ (last visited July 8, 2019).

8. In the Orthodox Church (*e.g.*, those particular churches of Constantinople, Alexandria, Antioch and Moscow and all those in communion with them sometimes referred to

3

in the West as "Greek Orthodox"), beer is considered food, not alcohol. It is exempt from fasting restrictions with respect to alcohol, and has been a time-honored tool to aid Orthodox Christians in fasting and celebrating feasts, while following the strict fasting and dietary guidelines developed by Orthodox Christian monastics over the past two thousand years, as documented in hundreds of Typika (rules of life of Orthodox monasteries). *See* Blessed Hieromonk Seraphim Rose, *The Rule of Fasting in the Orthodox Church* (Feb. 26, 2012), http://www.pravoslavie.ru/77551.html; Matt Hadro, *These 17$_{th}$ century monks did a beer fast for Lent*, Catholic News Agency (Mar. 8, 2019), https://www.catholicnewsagency.com/news/these-17th-century-monks-did-a-beer-fast-for-lent-90886.

9. Evangelism is essential and integral to the Orthodox Christian faith for clergy, monastics and laity – it is not exclusive to any class of Christian in Holy Scripture. *Apostolic*, from the Greek word ἀποστέλλω, literally means "a command to go forth," and connects the sender to the one sent with commission (Gospel of Mark 11:2 and 13:27, Gospel of Matthew 10:5). Orthodox Christians believe that Our Lord and Savior Jesus Christ gave each of us something called the "Great Commission," saying "therefore go and make disciples of all nations" (Gospel of Matthew 28:16-20). There are many Orthodox Christian monastic saints who evangelized including St. Columba of Iona and St. Benedict of Nursia whose disciples both founded breweries, and also Saints Aidan of Lindisfarne, Cosmas of Aetolia, Raphael of Brooklyn, and Cyril and Methodius (to name just a few). *See,* https://blogs.ancientfaith.com/asd/2017/08/04/orthodox-christians-supposed-evangelize/ (last visited December 6, 2020).

10. The ancient religious practice of evangelizing through brewing and serving beer is currently experiencing a revival in many places. Attracting people with beer in a relaxed, social

setting at a religious institution presents an opportunity for monks to evangelize by speaking about religion to visitors, especially those who do not otherwise attend religious services. *See* Cindy Wooden, *Beauty and beer: Monks' outreach is part of new evangelization*, National Catholic Reporter (Aug. 24, 2013), https://www.ncronline.org/news/people/beauty-and-beer-monks-outreach-part-new-evangelization; Deirdre Mundy, *Re-evangelizing this post-Christian nation one growler at a time* (Sep. 3, 2016), https://aleteia.org/2016/09/03/rebuilding-the-catholic-culture-with-beer/; Abbey Brewing Company, *Our History* https://www.abbeybrewing.biz/ (last visited July 8, 2019); Benedictine Brewery, *Our Story*, https://www.benedictinebrewery.com/our-story (last visited July 8, 2019).

### The Plans for the Shrine

11. In 2010, I became an Orthodox Christian monk on Mount Athos, an autonomous monastic republic in northeastern Greece ruled by representatives from the twenty ruling monasteries represented by the Protos of Mount Athos and under the spiritual jurisdiction of the Archbishop of Constantinople, New Rome, and the Ecumenical Patriarch. With the exception of Jerusalem, Mount Athos, often referred to as the Holy Mountain, is the most sacred place in Orthodox Christianity.

12. In 2011, in consultation with other monks on Mount Athos, I established St. Paul's in the United States. A few years later, again in cooperation and consultation with my fellow monastics on Mount Athos, we formed a plan for St. Paul's to establish an Orthodox Christian monastic complex in the United States. I knelt down and prostrated myself, in the side chapel dedicated to St. Nicholas in the katholikon (main monastic chapel) dedicated to the Annunciation of the Mother of God, and received a holy commission with the laying on of hands from two elder monk-priests to found a monastic house in the United States with an integral

brewery. We believe Christ Himself was invisibly present, attended by His angels who were recording my vow. This is the way monks have been sent, or "missioned" to evangelize, for twenty centuries starting with St. John the Baptist, whom Orthodox call the "Forerunner," because he preached the Good News and made straight the way of the Lord, the template for how I am making straight the way for my fellow monastics.

13. As we envisioned it, monks, as one of their religious "works," would brew beer at the monastic complex. The beer would be used in the celebration of feast days by devout Orthodox Christians, and to attract and evangelize people of other faiths (or no faith at all). Net revenues from beer sales both on and off site would be used to fund the monastic complex and charitable endeavors of St. Paul's and St. Nicholas. Other monasteries in the United States also staff and operate breweries, including for example, St. Joseph's Abbey here in Spencer, Massachusetts which operates and controls the Spencer Brewery.

14. To learn the skill of brewing and about the brewing industry, I requested permission and was given the blessing to study brewing methods at various Trappist monasteries in Belgium. In particular, I was assisted by the Benedictine monks of Sint Sixtus Abbey at Westvleteren and the head brewer at Our Lady of Westmalle at Westmalle, among others in Belgium, in learning the science of monastic brewing and in designing the brewery and brewery equipment for St. Nicholas. Both of these monasteries use their breweries to support their communities and monasteries in the same fashion that St. Nicholas expects to use its brewery.

15. St. Paul's formed St. Nicholas in June of 2017 and, on August 30, 2017, purchased the property located at 124 Pleasant Street, in Marblehead, Massachusetts ("Property"), to serve as the monastic complex.

16. The Property is improved with a mixed-use structure and is located in the Town of Marblehead's Business One zoning district. There are several businesses in close proximity to the Property, including, but not limited to, several that serve alcohol.

17. Upon purchase of the Property, St. Paul's dedicated the Property as a monastic complex including a shrine (the "Shrine") dedicated to St. Nicholas the Wonderworker, the fourth century bishop of Myra. St. Nicholas intended to convert the Shrine's first floor into three separate areas: a workshop area in which beer would be brewed by monks, a chapel area for liturgical services and Holy Mysteries (what Catholics would call sacraments), and a church hall ("fellowship hall"). The fellowship hall will be used to provide capacity to accommodate overflow from the chapel so that people can listen to the service remotely and cycle through the chapel for Holy Communion and other Holy Mysteries. It is also intended to serve as an area for Bible studies, prayer groups, religious education, and Agape Meals (communal meals in the evenings or afternoons after liturgical services), and a place where beer could be served as monks engage in evangelization. The fellowship hall is located just steps away from the chapel, and contains Orthodox iconography, books about Orthodox Christianity, and other religious signifiers. The Property also has an outdoor area that will be used to hold larger gatherings to celebrate feast days.

18. For federal, state and local licensing purposes, the brewery is operated by the Marblehead Brewing Co., LLC ("Marblehead Brewing Co."), which leases space from St. Nicholas. St. Paul's controls Marblehead Brewing Co. Profits from beer sales fund the monastic complex, and evangelical and charitable works as determined by St. Paul's and St. Nicholas.

### *Obtaining the Building Permit*

19. In October of 2017, St. Nicholas retained the architectural firm Siemasko + Verbridge to prepare renovation plans for the monastic complex and to coordinate, as necessary, with Mr. Baldacci, the Town's Building Commissioner.

20. I had numerous conversations with Mr. Baldacci concerning the intended first floor uses, the building plans Siemasko + Verbridge was drafting, and the local approvals that would be required. Siemasko + Verbridge incorporated suggestions made by Mr. Baldacci.

21. Separately, the Marblehead Brewing Co. obtained the necessary federal, state, and Town liquor licenses needed to sell beer by the glass at the Shrine and began selling beer in this manner in December of 2017, in the fellowship hall. The Town licenses consisted of multiple daily "pouring permits" for several days in December of 2017, and, towards the end of the month, an annual pouring permit (thereby obviating the need for daily permits).

22. On July 3, 2018, after months of discussion, Mr. Baldacci approved the plans and issued building permit no. 25497 ("Building Permit"), which authorized the contemplated internal renovations on the Shrine's first floor. Based on Mr. Baldacci's comments about the proper "use" designations for each segment of the first floor, the approved plans identified the brewery as an F-2 use, the chapel area as an A-3 use, and the fellowship hall as an A-2 use.

23. After receiving the Building Permit, St. Nicholas was required to obtain a pre-construction variance to allow the use of special synthetic piping instead of metal sewer and drain pipes. St. Nicholas then started the construction and in December 2018 exploratory demolition was underway.

### *Increasing Tension with the Town*

24. In a series of hearings beginning in June of 2018, the Town's Board of Selectmen ("Selectmen") considered St. Nicholas's application for a permit to use the Shrine's outdoor area

in liturgical services and religious feasts and Agape Meals. The Selectmen granted the permit, but limited the patio occupancy to significantly less than I had sought on behalf of St. Nicholas. This action on behalf of the Town forced me to turn away worshippers for the Agape Meal of the Feast of the Dormition of the Blessed Virgin Mary on August 15, 2018 and restricted our evangelical efforts.

25. On November 5, 2018 and November 27, 2018, Mr. Baldacci issued notices of violation to me personally (instead of St. Nicholas) for the sale of beer by the glass in the fellowship hall area of the Shrine. He insisted that St. Nicholas complete all work contemplated under the Building Permit before beer could be sold. As a result of the notices, the sale of beer by the glass ceased at St. Nicholas.

26. In or about December of 2018, St. Nicholas's architect and I had discussions with Mr. Baldacci about the proper use designation for the fellowship hall, as well as whether St. Nicholas could obtain a temporary certificate of occupancy to allow the continued sale of beer until the renovations had been completed. As part of these discussions, I argued that the proper use designation for the fellowship hall should be a church use (A-3), in common with the designation of the other houses of worship in Marblehead that serve alcohol in their church halls, and not a secular bar use (A-2). Mr. Baldacci disagreed. He reiterated that all work authorized by the Building Permit must be completed before any beer could be served on site.

27. On January 7, 2019, Mr. Siemasko informed Mr. Baldacci by email that Siemasko + Verbridge had withdrawn from the renovation project. However, Siemasko + Verbridge made clear to me that Plaintiffs could continue to use the plans that they had prepared and Mr. Baldacci had approved through Building Permit.

9

***Mr. Baldacci's Suspension of, and Refusal to Reinstate, the Building Permit***

28. In response to the Siemasko + Verbridge email, Mr. Baldacci, by letter dated January 16, 2019, suspended the Building Permit and ordered that all work on the renovation project cease. Mr. Baldacci advised that he would reinstate the Building Permit once he received a "New Initial Construction Control Affidavit from a Massachusetts Architect and a Licensed Construction Supervisor agrees to take responsibility for the construction project." Attached hereto as Exhibit A [MARBLEHEAD000032] is a true and accurate copy of Mr. Baldacci's January 16, 2019 letter.

29. At the time that Mr. Baldacci suspended the Building Permit, St. Nicholas had started exploratory demolition and installed two layers of fire proof gypsum board on the ceiling of the church hall as requested by Mr. Baldacci. The first floor of the Shrine was therefore in shambles and unusable for any liturgical services, gatherings, or evangelization. Attached hereto as Exhibits B-1, B-2, and B-3 are true and accurate copies of photographs showing the fellowship hall and the space between the fellowship hall and the chapel. The photographs were taken on June 5, 2019, and accurately reflect not only the conditions at that time, but also the conditions that existed since January 16, 2019 and that remained in effect until after the Building Permit was reinstated on September 24, 2019.

30. St. Nicholas quickly retained Massachusetts architect Ryan McShera of Red Barn Architecture to replace Siemasko + Verbridge both as architect of record and to supervise construction. Mr. McShera is also a licensed general contractor and obtained extra insurance specifically in this instance to fulfill that role.

31. On or about February 13, 2019, Mr. McShera submitted the information that Mr. Baldacci had said was needed to reinstate the Building Permit. Attached hereto as Exhibit C

[MCSHERA0276] is a true and accurate copy of the submission that Mr. McShera made to Mr. Baldacci on February 13, 2019.

32. As of February 13, 2019 and at least through June of 2019, St. Nicholas had more than sufficient funds to complete the work contemplated under the Building Permit and was ready, willing and able to complete that work in a timely fashion.

33. Mr. Baldacci, however, did not reinstate the Building Permit. By letter dated February 22, 2019, Mr. Baldacci informed Mr. McShera that it was unclear to him whether the scope of the renovation project had changed. He stated that he was concerned St. Nicholas would not comply with the terms of the Building Permit. He also asked Mr. McShera to perform a code review to support treating the fellowship hall as a church use rather than a bar use. Attached hereto is Exhibit D [MARBLEHEAD000097] is a true and accurate copy of Mr. McShera's February 22, 2019 letter.

34. I did not believe a new code review was necessary, as the intended use of the Shrine had not changed and our plan was simply to complete the work contemplated under the Building Permit. Nonetheless, I asked Mr. McShera to complete the code review and, by letter dated May 1, 2019, he provided it to Mr. Baldacci. In the letter, Mr. McShera assured Mr. Baldacci that Plaintiffs would adhere to the Building Permit. Attached hereto as Exhibit E [MCSHERA0489] is a true and accurate copy of Mr. McShera's May 1, 2019 letter.

35. Mr. McShera and I repeatedly asked Mr. Baldacci to reinstate the Building Permit. Attached hereto as Exhibits F and G are true and accurate copies of emails dated May 6, 2019 [Marblehead_00004010.0001] and May 31, 2019 [Marblehead_0000004083.0001] that reflect such requests in writing. On many occasions, I also had oral communications with Mr. Baldacci in which I asked him to reinstate the Building Permit.

36.     Mr. McShera and I explained to Mr. Baldacci why the fellowship hall should properly be designated as a church use rather than a bar use. *See, e.g.,* Exhibit G. [Marblehead_0000004083.0001].  We emphasized, however, that, regardless of the proper use designation, Mr. Baldacci should "lift[] the suspension of our building permit since the underlying and previously permitted construction work has not changed." *See, e.g.,* Ex. G.

37.     Mr. Baldacci rejected each request for reinstatement. He informed me and Mr. McShera that he would not "release the building permit" unless and until "we [were] in agreement with the code review" – *i.e.*, unless and until I agreed the fellowship hall was properly designated as a secular bar use rather than a church use. *See, e.g.,* Ex. G [Marblehead_0000004083.0001].  However, it was at the time, and remains, my view that the fellowship hall is properly designated a church use.  The fellowship hall is not just some secular bar; as described above, it will be, and has been, used as overflow for chapel services, and for other religious uses including Bible studies, prayer groups, religious education, and Agape Meals.

38.     By letter dated June 11, 2018, Mr. Baldacci stated that the fellowship hall would remain designated as a bar use, identified what work needed to be done for a temporary occupancy permit to issue, and stated that the Health Department would like an updated set of plans.  Mr. Baldacci concluded his letter by stating:

> Considering that we do not agree on the 'use' of the Fellowship Hall, the building permit will remain suspended until receipt of the following:
>
> - An updated set of plans describing the Fellowship Hall bar area along with the health department stamped and approved fixtures, and
>
> - An agreement to declare the use of the Fellowship Hall an A-2 use group occupancy with a maximum occupancy of 100, or

12

- A variance from the Building Code of Appeals Board allowing an accessory use to the group A-3 Place of Worship.

A true and accurate copy of Mr. Baldacci's letter dated June 11, 2019 is attached hereto as Exhibit H [MARBLEHEAD000034].

39. St. Nicholas appealed Mr. Baldacci's June 11, 2019 decision to the State Building Code Appeals Board ("BCAB"). By decision dated September 24, 2019, the BCAB ordered that the Building Permit be reinstated. A true and accurate copy of the BCAB's decision is attached hereto as Exhibit I [MARBLEHEAD000077].

*Plaintiffs' Harm*

40. On account of Mr. Baldacci's refusal to reinstate the Building Permit from February 13, 2019 until September 23, 2019, St. Nicholas was unable, throughout that period and beyond, to (1) conduct any liturgical services or provide Holy Mysteries in the chapel area, (2) use the fellowship hall for bible studies, religious education, and evangelization, or (3) use the work area as a brewery. In other words, given the condition the Shrine was in when Mr. Baldacci ordered all work to cease, St. Nicholas was unable to use the Shrine for any of its intended religious purposes.

41. Additionally, Mr. Baldacci's refusal to reinstate the Building Permit from February 13, 2019 through September 24, 2019, delayed our construction and renovation of the chapel, fellowship hall, and brewery for at least that period of time. In fact, the lengthy work stoppage delayed the Project's completion by even more than the seven months, because the contractors that were scheduled to do the work in February of 2019 under Mr. McShera's direction had to move on to other projects, and I had to not only find workers to replace them, but also run another bidding process to compare contractor costs. These delays also resulted in increased construction costs, including additional architectural fees, legal and related fees.

42.     In addition, the lengthy delay caused spoliation and loss of supplies, such as beer and food, which St. Nicholas had purchased in anticipation of using them during religious celebrations. Mr. Baldacci's stop work order further resulted in our inability to identify and fix a leak that damaged upholstered furniture and caused mold growth inside the Shrine, which had to be remediated once the Building Permit was reinstated. And, our inability to use the Shrine for its intended religious uses resulted in a substantial depletion of church funds, loss of Sunday donations and offerings and a significant loss of revenue from the expected sale of beer, which in turn prevented us from carrying out our intended ministry during this time.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this the 7 day of December, 2020.

                                                          */s/ Father Andrew Bushell*
                                                          Father Andrew Bushell

## CERTIFICATE OF SERVICE

   I hereby certify that on December 7, 2020 I electronically transmitted the foregoing document to the Clerk's Office using the U.S. District Court for the District of Massachusetts' Electronic Document Filing System (ECF), which will serve a copy of this document upon all counsel of record.

                By:  */s/ Emily M. Notini*
                    Emily M. Notini